## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael D. Benson,                                         Civil No. 16-509 (DWF/TNL)

        Plaintiff,

v.                                                           **ORDER**

Ron Fischer, et al.,

        Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated July 29, 2020. (Doc. No. 124.) No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.     Magistrate Judge Tony N. Leung's Report and Recommendation dated July 29, 2020 (Doc. No. [124]) is **ADOPTED**.

    2.     Defendants' Motion for Summary Judgment (Doc. No. [84]) is **GRANTED**.

    3.     Plaintiff's Motion for Summary Judgment (Doc. No. [112]) is **DENIED**.

    4.     This matter is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 19, 2020                      s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge